FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2014

No. 04-14-00026-CV

**IN RE** Marisa Cristina **BALDERAS**

Original Mandamus Proceedings[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

On January 9, 2014, relator Marisa Cristina Balderas filed a petition for writ of mandamus and emergency motion for temporary relief. This court granted temporary emergency relief on January 10, 2014, and requested a response to the petition. The court has considered relator's petition, the responses filed on behalf of the real parties in interest and relator's reply and has determined that relator is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is DENIED. Tex. R. App. P. 52.8(c).

The temporary relief granted by this court on January 10, 2014 is LIFTED. The temporary restraining order issued by the trial court in Cause No. 2013-CI-20486 styled *In re Brenda Levenstein* remains in effect.

On January 15, 2014, relator filed a further motion for temporary relief seeking to stay the hearing on temporary injunction set for January 16, 2014. Relator's motion for further temporary relief is DENIED.

It is so **ORDERED** on January 15th, 2014.

_Rebeca C. Martinez_
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CI-20486, styled *In re Brenda Levenstein*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable David Peeples presiding.